# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LINDA GAIL JONES, § § | |
| Plaintiff, § § | CIVIL ACTION NO. 6:14-CV-00836-RWS-JDL |
| v. § § | |
| GREG ABBOTT ET AL § § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

Before the Court is Plaintiff Linda Gail Jones's ("Plaintiff") Complaint filed on November 7, 2014. Docket No. 1. On March 6, 2017, Magistrate Judge John D. Love issued an Order requiring Plaintiff to file a Notice with the Court within 30 days of receipt advising whether she intends to proceed with prosecution of this case. Docket No. 4. On April 4, 2017, the Magistrate Judge's Order was returned to sender as undeliverable. Docket No. 5. On April 5, 2017, the Magistrate Judge issued a Report and Recommendation that the above-captioned matter recommending that the action be dismissed with prejudice for Plaintiff's failure to follow the local rules and prosecute her case. Docket No. 6. On May 3, 2017, the Report was likewise returned to sender as undeliverable.

Plaintiff is a *pro se* litigant, and under the Local Rules of the Eastern District of Texas, *pro se* litigants must provide the Court with a physical address and are "responsible for keeping the clerk advised in writing of the current physical address." Local Rule CV-11(d). To date, Plaintiff has not updated her address with the Court or filed a response to the Magistrate Judge's March 6, 2017 Order. Docket No. 4.

The Court thus agrees with the Magistrate Judge that this case should be dismissed for Plaintiff's failure to follow the local rules and failure to prosecute her case. The Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. For the reasons stated in the Report and Recommendation, all of Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED this 8th day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE